UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANDERSEN,<br>Plaintiff,<br>vs.<br>GREGORY A. THOMPSON, ET AL.,<br>Defendants. | CASE NO. 21-cv-8244-YGR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

Pro se Plaintiff Barbara Andersen originally filed this action against defendants Google, LLC and Gregory A. Thompson alleging violations of Section 501 of the Copyright Act and privacy state laws based on Mr. Thompson's copying and use of plaintiff's Youtube videos from her Youtube channel. (*See* Dkt. No. 1.) On January 28, 2022, plaintiff and Google filed a joint request to dismiss Google as a defendant. (Dkt. No. 26.) The Court granted the request and dismissed Google from the case on February 3, 2022. (Dkt. No. 27.)

After a review of the docket, the Court questions whether this matter should remain in this district given Google's dismissal. Pursuant to 28 U.S.C. § 1404, "for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Based on the allegations in the complaint, plaintiff is a resident of Sante Fe, New Mexico (*id*. at ¶ 1), and Mr. Thompson is a resident of Painesville, Lake County, Ohio (*id*. at ¶ 34). Given Mr. Thompson's residency in Ohio, it appears that this matter could have also been brought in the Northern District of Ohio. While the Court understands that the action was initially brought in this district due to Google having its principal place of business here, (*id*. at ¶ 11), given that Google is no longer a party, the Court is considering transferring this case to the Northern District of Ohio. Thus, plaintiff is ordered to file

a statement explaining why this case should not be transferred to the United States District Court for the Northern District of Ohio within seven (7) days from the date of this order. Failure to do so will result in the court automatically transferring the case.

**IT IS SO ORDERED.**

Dated: March 31, 2022

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE