UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANDERSEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY A. THOMPSON, ET AL.,<br><br>　　　　Defendants. | CASE NO. 21-cv-8244-YGR<br><br>**ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF OHIO; DENYING PENDING MOTIONS WITHOUT PREJUDICE** |

Pro se Plaintiff Barbara Andersen originally filed this action against defendants Google, LLC and Gregory A. Thompson alleging violations of Section 501 of the Copyright Act and privacy state laws based on Mr. Thompson's copying and use of plaintiff's YouTube videos from her YouTube channel. (*See* Dkt. No. 1.) On January 28, 2022, plaintiff and Google filed a joint request to dismiss Google as a defendant. (Dkt. No. 26.) The Court granted the request and dismissed Google from the case on February 3, 2022. (Dkt. No. 27.)

On March 31, 2022, the Court issued an Order to Show Cause ("OSC") on why the case should not be transferred to the Northern District of Ohio given the parties' locations. (*See* Dkt. No. 46.)   In response to the OSC, plaintiff indicated that she does not oppose the case being transferred to the Northern District of Ohio. (*See* Dkt. No. 53.) In defendant's response, he asked "the court to dismiss or make Andersen reopen [a] new case in Ohio." (*See* Dkt. No. 54.) Defendant provided no basis or authority for either request. Accordingly, pursuant to 28 U.S.C. § 1404, and "for the convenience of [the] parties and witnesses, [and] in the interest of justice," the Court hereby transfers this case to the Northern District of Ohio. Based on the record, the case could have originally been brought in the Northern District of Ohio. Plaintiff is a resident of Sante Fe, New Mexico (*id*. at ¶ 1), and Mr. Thompson is a resident of Painesville, Lake County, Ohio

(*id*. at ¶ 34). Given Mr. Thompson's Ohio residency, venue is proper in the Northern District of Ohio. While the Court understands that the action was initially brought in this district due to Google having its principal place of business here, given that Google is no longer a party and neither of the current parties reside in California, the Court finds that transfer is appropriate. Moreover, the Northern District of Ohio has a greater interest in adjudicating this case as defendant lives there, and the alleged activity was directed from there.

Relatedly, the Court notes that the parties have made numerous filings since defendant appeared in this case, many of which are duplicative or inappropriate. Accordingly, all pending motions are **DENIED WITHOUT PREJUDICE**, only to be re-filed if appropriate.

For the foregoing reasons, the Court transfers this matter to the United States District Court for the Northern District of Ohio. The Clerk is directed to transfer the file.

This Order terminates Docket Numbers 35, 39, 43-45, 48-52, and 54.

**IT IS SO ORDERED.**

Dated: April 18, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**